JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4493
    Facsimile:   (213) 894-7177
    E-mail:        Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 15-05750-R(AJWx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| $158,899.00 IN U.S. CURRENCY, | |
| Defendant. | |
| _____ | |
| VIDAL GUTIERREZ VARGAS, | |
| Claimant. | |

     This action was filed on July 29, 2015 against the defendant $158,899.00 in U.S. Currency ("defendant currency").  Vidal Gutierrez Vargas, from whom the defendant currency was seized, claims an interest in the defendant currency, and has filed a claim

and an answer to the complaint. No person other than Vargas is believed to have an interest therein. No other claims or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Vargas have reached an agreement that is dispositive of the action, and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Vargas.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 21 U.S.C. § 881(a)(6).

C.   Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Vargas are deemed to have admitted the allegations of the Complaint. The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D.   $148,899.00 of the defendant currency shall be forfeited to the United States of America, and no other right, title, or interest shall exist therein. The government shall dispose of the forfeited property according to law.

E.   $10,000.00 of the defendant currency, without interest shall be returned to Vargas.

F.   The funds to be returned to Vargas shall, at the government's option, be returned by either check or wire transfer within 60 days of the date this Judgment is entered. If the United States elects to make the payment by check, the check will be payable to "Anthony E. Colombo Jr law Offices client trust account," and mailed to Vidal Gutierrez Vargas, in care of his attorney, Anthony E. Colombo, Jr, Esq., The Senator Building 3rd Floor, 105 West "F" Street, San Diego, CA 92101. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to a

bank account designated by Vargas, who agrees to provide the necessary bank account information and personal identifiers upon request from the United States.

  G. Vargas has released the United States of America, its agencies, agents, and officers, including employees and agents of the Department of Homeland Security – Customs and Border Protection, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

  H. The Court finds that there was reasonable cause for the institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 23, 2015  _____
            THE HONORABLE MANUEL L. REAL
            UNITED STATES DISTRICT JUDGE

cc: Fiscal

3